**FILED**

MAR 06 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| MICHAEL RIEGER,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, aka STATE FARM INSURANCE, and STATE FARM INDEMNITY COMPANY,<br><br>Defendant. | No. CV 16-63-H-SEH<br><br>**ORDER** |

This Order addresses the deficiencies in the parties' preliminary pretrial statements filed October 13, 2016,[1] and amends and supplements the Court's

---

[1] Doc. 8 (State Farm Mutual Automobile Insurance Company); Doc. 10 (Plaintiff).

-1-

scheduling Order of October 24, 2016.[2]

Both parties' preliminary pretrial statement fails to include "the name and city and state of current residence of each individual known or believed to have information that may be used in proving or denying any party's claims or defenses, and a summary of that information."[3]

Disclosure of Plaintiff's experts and reports are due on or before March 31, 2017.[4]

Disclosure of Defendants' experts and reports are due on or before April 28, 2017.[5]

ORDERED:

1. Both parties' preliminary pretrial statement, amended in compliance with L.R. 16.2(b)(1) to cure the stated deficiencies, shall be filed on or before **March 10, 2017**.

2. Complete copies of all of Plaintiff's expert reports shall be served upon opposing counsel and filed on or before March 31, 2017.

---

[2] Doc. 12.

[3] L.R. 16.2(b)(1)(J).

[4] Doc. 12 at 2.

[5] *Id.*

3. Complete copies of all of Defendants' expert reports shall be served upon opposing counsel and filed on or before April 28, 2017.

4. Separate written disclosures of all non-retained experts (expert witnesses not required to provide written reports) shall be served upon opposing counsel and filed by Plaintiff on or before March 31, 2017, and by Defendants on or before April 28, 2017. Such disclosures must address and include all information required by Fed. R. Civ. P. 26(a)(2)(A) and (C) and shall include separate statements of each opinion to be offered, specific identification of and source citations to the record to facts or data considered, referenced, or relied upon by the witness in forming the opinions expressed, and the bases and reasons for the opinions. Such disclosures are expected to be complete, comprehensive, accurate, and tailored to the issues on which the expert is expected to testify.

All other matters and deadlines in the Court's Order of October 24, 2016,[6] remain in full force and effect.

DATED this 6th day of March, 2017.

SAM E. HADDON
United States District Judge

---

[6] Doc. 12.