

**FILED**

APR 0 5 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

## HELENA DIVISION

MICHAEL RIEGER,

               Plaintiff,

vs.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, aka STATE FARM
INSURANCE, and STATE FARM
INDEMNITY COMPANY,

               Defendant.

No.  CV 16-63-H-SEH

**ORDER**

Plaintiff's expert disclosures and reports were due to be filed on or before

March 31, 2017.[1]

---

[1] Doc. 12 at 2; Doc. 18 at 2–3.

Plaintiff filed his Initial Disclosure[2] on March 31, 2017, which states

Plaintiff's only expert is a treating physician: Kerry Hale, M.D. (f/k/a Kerry Ford).

Plaintiff represents that Dr. Hale will testify to opinions not expressed in her

medical records. The disclosure was accompanied by a one-page report signed by

Dr. Hale.[3] The one-page report does not comport with the requirements of Fed. R.

Civ. P. 26(a)(2)(B) or this Court's Order of October 24, 2016.[4]

ORDERED:

If Dr. Hale is to offer opinions not clearly expressed in her medical records,

Plaintiff shall serve and file a revised report on or before April 14, 2017. The

revised report shall fully comply with Fed. R. Civ. P. 26(a)(2)(B) and this Court's

Order of October 24, 2016,[5] except that Dr. Hale need not disclose the

compensation she is to be paid unless she is to be separately compensated for the

study and preparation incident to preparation of the report. The report shall

include:

a.      A separate statement of each opinion to be offered.

---

[2] Doc. 21.

[3] Doc. 21-1 at 3.

[4] Doc. 12.

[5] Doc. 12.

b.      Specific identification of and source citations to the record to facts or

data considered, referenced, or relied upon by the witness in forming each of the

opinions expressed.

c.      A separate statement of the bases and reasons for each of the

opinions.

Expert reports are to be complete, comprehensive, accurate, and tailored to

the issues on which the expert is expected to testify.

DATED this _5th_ day of April, 2017.

SAM E. HADDON
United States District Judge